# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO CAPILLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, DEPUTY CUEVAS, DEPUTY MORELAND, and DOE DEPUTIES 1-10,<br><br>　　　　Defendants. | CASE NO. 5:25-CV-01834-KK-AGR<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)(1)(ii)]**<br><br>*Complaint filed: July 21, 2025*<br>*FAC filed: 7/21/2025* |

**ORDER**

GOOD CAUSE APPEARING IT IS SO ORDERED:

Defendants COUNTY OF SAN BERNARDINO and DEPUTY MORELAND to be dismissed with prejudice from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: December 22, 2025

**HON. KENLY KIYA KATO**
United States District Court Judge